**Exhibit A to the Complaint**

**Location:** New York, NY

**Total Works Infringed:** 29

**IP Address:** 68.132.153.132

**ISP:** Verizon Fios

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|------|--------|-----|------|-----------|------------|--------------|
| 1 | Info Hash:<br>BC288BBCF11B4198F45951B0AD71C4CD2DD72599<br>File Hash:<br>DEEFF186B8623CC88B5AB49F59CA519C4BE31B8EE66DCCE8117C4528597F3349 | 07-03-2021 18:03:29 | Tushy | 06-13-2021 | 06-24-2021 | PA0002303160 |
| 2 | Info Hash:<br>85F50EE1F14434D98C23F443018E734D815240EB<br>File Hash:<br>7017B1BEBF2AAF4D0A24836EB79B6FA32B1E1D7261C73C1542A8062211D580BB | 06-23-2021 15:43:55 | Vixen | 06-11-2021 | 06-24-2021 | PA0002303166 |
| 3 | Info Hash:<br>C1549D27881F551EF9E4253907E21F7E35ECA891<br>File Hash:<br>B8358312B51C22AFD5B05762847EFF33F22AD9055D70AE36D88BF263FABE5B73 | 06-23-2021 15:31:16 | Vixen | 05-28-2021 | 08-02-2021 | PA0002305093 |
| 4 | Info Hash:<br>9E3F6057D2F26D1E0165946D9E9AD48D61431890<br>File Hash:<br>3807480F6123106C24E2DD650590651F9E80BF9A2217AD90FFF946A2BB2F2006 | 06-07-2021 15:45:36 | Blacked | 05-29-2021 | 07-08-2021 | PA0002300658 |
| 5 | Info Hash:<br>FDD2CDAB4508779DB082AE612D6C800AA94059F2<br>File Hash:<br>6F041306A342A708C0704A6292EFD118DF990E13C923ABA0D99AEDD216E84E3D | 06-07-2021 14:39:28 | Blacked | 04-03-2021 | 04-14-2021 | PA0002286725 |
| 6 | Info Hash:<br>567B9F8FC083D5EBB011BA39C5999BD117D65417<br>File Hash:<br>6F2197629634175102E9EE0C1A19050DAEDE586FD68C470456C4F99C1C9A4778 | 06-07-2021 14:31:23 | Vixen | 05-21-2021 | 06-03-2021 | PA0002299688 |
| 7 | Info Hash:<br>76FEE6E51A429406C8E7940B7C0823DD7F13E462<br>File Hash:<br>A4086B61BE70F23224071CCC20DD769B196B9A52D14FB7F51D83BC6C53CA0D17 | 06-07-2021 14:24:26 | Tushy | 06-06-2021 | 06-15-2021 | PA0002296921 |
| 8 | Info Hash:<br>B8AD8FF3324FA3498D88796537A365987A9025FB<br>File Hash:<br>459485322ACFB4347ADD22097635CC4EF8EF6DBF6AAE86D7C351CBA3B5DE91FC | 06-07-2021 14:22:59 | Blacked | 06-05-2021 | 06-15-2021 | PA0002296924 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 9 | Info Hash: 55A6C2460BE3D886BD98379C4F83E1EFF0F91E9D<br>File Hash: 591D2C39C191BD04CBEC8C48168F62A95F1695740B6611CBAD3A04F65803B340 | 06-07-2021 13:50:42 | Blacked Raw | 05-10-2021 | 06-15-2021 | PA0002296920 |
| 10 | Info Hash: 2BE9FE8390F5FAE1EEB85AFF3FF74271018D7FFC<br>File Hash: B9274517D8FB3DA4EAEF4F8ECC28D4653B45F1D62B15322A4B2D3977C3CCC201 | 06-07-2021 13:48:55 | Blacked | 05-22-2021 | 06-09-2021 | PA0002295591 |
| 11 | Info Hash: 97FBFAD64FB88D70E2C2C0872A5FD7F73B246898<br>File Hash: 0D51CFE789801438E53B272C3F6A9139AC7A804E12202777CA500648C36C4E1A | 06-07-2021 13:48:11 | Blacked | 05-15-2021 | 06-09-2021 | PA0002295594 |
| 12 | Info Hash: 03C2C30A00296BFCD7B39E7673517323ABB84D7C<br>File Hash: D00E744CEEC89C64B723E526965EA9F542521588FC82CA37A9E7D3D16C1F72A5 | 05-09-2021 15:14:52 | Blacked | 05-07-2021 | 06-09-2021 | PA0002295580 |
| 13 | Info Hash: E92BA9056A9D3EA93F852E3E7210D0225AEF06BC<br>File Hash: 5F11FE7532E28F2F29976B7CCF7ABA589EE3E9F484117640DACEEADF78EB4241 | 05-09-2021 15:08:30 | Tushy | 05-07-2021 | 06-09-2021 | PA0002295578 |
| 14 | Info Hash: 2C5C943D44C9E3F4E4792EF4714F51E998556587<br>File Hash: 73C503BF6C9F4BF99F746AC594BEF3BE68E7008E2A2A1CB0B66460C8272F5D1F | 05-09-2021 14:58:27 | Vixen | 05-07-2021 | 06-24-2021 | PA0002303619 |
| 15 | Info Hash: 639E32AA9A29B55D5F3F27A2294E8E3E2133123D<br>File Hash: 95812A21AE7EFD973AF7380CE9DB99CE1C25EEF7C88DD1A31C716D2D6F9E1E9D | 05-03-2021 12:51:32 | Tushy | 04-25-2021 | 06-09-2021 | PA0002295582 |
| 16 | Info Hash: 82BF665CD09FC2A294B1FF80EA927F2ED6E6A66D<br>File Hash: 858B141EE5D2D17B5C6A22741CC480750509C2FF1D11FF57217384B9F8CB1C5F | 04-01-2021 05:03:24 | Blacked | 02-20-2021 | 03-08-2021 | PA0002280369 |
| 17 | Info Hash: CD6F4997423005FC0842D626535C265685F43607<br>File Hash: 636FDB89B8265FEFD03EA7BDF19E43E4C460ADFC226A1F662B9D63DAEB904EF7 | 04-01-2021 00:39:55 | Blacked Raw | 02-22-2021 | 03-08-2021 | PA0002280371 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|------|--------|-----|------|-----------|------------|--------------|
| 18 | Info Hash:<br>A3AA265DB675DB13D1A38BB5CF3D7B221ED3C4CE<br>File Hash:<br>A32664A0B9E3788EF4047E6FDF1DDA9A6E0FAC8F7B8CFA7F9225DB7B5BBD834F | 04-01-2021<br>00:11:51 | Blacked Raw | 09-21-2020 | 09-29-2020 | PA0002258687 |
| 19 | Info Hash:<br>4E70C53B7F35CF9748AFF8E2F71DD014EC284C48<br>File Hash:<br>10CE6E728CB434309E61908FCCB7E337006DFAD691F8822C308DE70829529E83 | 03-24-2021<br>05:04:36 | Vixen | 09-06-2017 | 09-15-2017 | PA0002052844 |
| 20 | Info Hash:<br>1F770D75045D87EDD58688D101836B8A6A1C1685<br>File Hash:<br>8FCD66E622946629F2B9BD150B8965EAD25AFEE7E3C8EBDE4AE67422CE1A51CC | 03-20-2021<br>19:52:52 | Vixen | 08-02-2018 | 09-01-2018 | PA0002119574 |
| 21 | Info Hash:<br>74DF01A19CDA446BD557636E214E38ACD1C00B92<br>File Hash:<br>B77181FA1900DC85E70D46BE0E6BADAB4A9C65D19BA84C40D5BE0E9166808815 | 03-20-2021<br>19:35:47 | Vixen | 09-06-2018 | 11-01-2018 | PA0002143433 |
| 22 | Info Hash:<br>6796FDD4C4EFF8FBB60A1EB37E014246E4034162<br>File Hash:<br>B2CB07CBD8A2043F3E4C32E308A6057CF89E17DD4FBEC13913A06096B5DC04C4 | 03-20-2021<br>19:35:40 | Tushy | 12-20-2018 | 01-22-2019 | PA0002147682 |
| 23 | Info Hash:<br>E8AB78B0D9C7D8A67B2A73DDEF800E1B3D5F54B5<br>File Hash:<br>9E3AAC5EC9F6A891F05CA1CDB9E53C73915BEBF497818779205FEB737E8DF83B | 03-20-2021<br>19:35:37 | Vixen | 07-24-2020 | 08-03-2020 | PA0002259166 |
| 24 | Info Hash:<br>5D78C43C30754139DEA056119DA2BA83E3D2EEDA<br>File Hash:<br>A83C80CE0DD4B1A33BF49C6CF5CA29553BC68E717E3D3691AD0C8BE34AD97789 | 03-20-2021<br>19:15:09 | Blacked Raw | 10-24-2017 | 11-30-2017 | PA0002098011 |
| 25 | Info Hash:<br>30EEC71B885C1F0687334DBB3F9FA55F3B2532AB<br>File Hash:<br>589C377E8202D2FD7B2F5A2B39CEAD40A9175019A71B2F2D55B46D9BB14A599E | 03-20-2021<br>18:01:32 | Vixen | 12-25-2018 | 01-22-2019 | PA0002147901 |
| 26 | Info Hash:<br>341D4A70306E762D04C53912D8224AC99E2CDBE1<br>File Hash:<br>5BF10B83CC3D7F5F797BC9940BBF92FC0C656612E9F2AD897D992665FE374FC3 | 03-20-2021<br>17:32:22 | Blacked Raw | 11-18-2018 | 12-10-2018 | PA0002146476 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 27 | Info Hash: 2D805F5922320FA3ED61426DCF3C975A3D2E4812 File Hash: FD1D243E9D77C73E94B676B98C708105EE6E309D920376DB1E3BB6368FDCCB79 | 03-20-2021 17:25:09 | Vixen | 08-07-2018 | 09-05-2018 | PA0002135684 |
| 28 | Info Hash: 6C3F1A73E3E8C53D6FB65D761BB25775BE169A7E File Hash: F3A66EDB1AA7D2814E0DD5A6DB0902C28A5AF8CD75C4DF8339F3638EFA5225F8 | 03-20-2021 16:55:09 | Vixen | 03-10-2018 | 04-17-2018 | PA0002116743 |
| 29 | Info Hash: 8BB6B5FF639C13F0A70F3F7FED9157E871FE36F6 File Hash: 984294E2A1F29369248170EC5D434820C5625C7440CE9CC0513A19D275F6FE48 | 03-19-2021 18:06:29 | Tushy | 03-14-2021 | 03-22-2021 | PA0002282514 |